UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAOUD NELSON,

                Plaintiff,                    Civ. Case No.: 1:25-cv-03269 (JRC)

    -against-

AKELIUS REAL ESTATE MANAGEMENT LLC,
VIOLA HUBBARD, individually,
KIMIYA KHOSRAVANI, individually,
MARC WINN, individually, and
MARIA WERNER, individually,

                Defendants.
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE OF MELISSA MENDOZA

**PLEASE TAKE NOTICE** that the undersigned, an attorney admitted to the practice of law before the Courts of the State of New York and a registered attorney in the CM/ECF system of the Eastern District of New York, hereby appears for the Plaintiff, Daoud Nelson in this action.

Dated: June 26, 2025
New York, New York

                                      *ATTORNEYS FOR PLAINTIFF*

                                      _____
                                      Melissa Mendoza, Esq.
                                      *Derek Smith Law Group, PLLC*
                                      450 Seventh Avenue, 30th Floor
                                      New York, New York 10123
                                      332-910-5677
                                      melissa@dereksmithlaw.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that on June 26, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                       */s/ Melissa Mendoza*
                                                                      Melissa Mendoza