UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAOUD NELSON,

                              Plaintiff,          Case No.: 1:25-cv-03269 (JRC)

       -against-

AKELIUS REAL ESTATE MANAGEMENT LLC,     **RULE 7.1 CORPORATE**
*et al*                                                               **DISCLOSURE STATEMENT**

                              Defendants.
------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Akelius Real Estate Management LLC hereby certifies as follows: Akelius Real Estate Management LLC is a nongovernmental limited liability company that is owned by Akelius USA LLC, a subsidiary which is in turn wholly-owned by Akelius Residential Property AB, a public company incorporated in Sweden with limited liability. No publicly held corporation owns 10% or more of Akelius Real Estate Management LLC's stock.

Dated: July 7, 2025
       Uniondale, New York

                                                    Respectfully submitted,
                                  By:    /s/ *Harini Maragh*
                                                 Harini Maragh
                                                 RIVKIN RADLER LLP
                                                 926 RXR Plaza
                                                 Uniondale, NY
                                                 (516) 357-3205
                                                 Harini.Maragh@rivkin.com
                                                 *Attorneys for Defendant Akelius Real Estate Management LLC*

4930-0389-9982, v. 1