

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**HARINI MARAGH**
**ASSOCIATE**
(516) 357-3205
Harini.maragh@rivkin.com

December 19, 2025

**VIA ECF**
Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re:    1:25-cv-03269-ENV-JRC *Nelson v. Akelius Real Estate Management LLC et al*
             Joint Proposed Briefing Schedule for Plaintiff's Motion to Remand

Dear Judge Vitaliano:

       This Firm represents all Defendants in the above-referenced proceeding.  This letter is being filed pursuant to Your Honor's Order on December 12, 2025 directing the parties to file a joint proposed briefing schedule.  The parties jointly submit the proposed briefing schedule as set forth below:

1. Plaintiff's motion to remand shall be served upon Defendants on or before **1/19/2026**;
2. Defendants' opposition shall be served upon Plaintiff on or before **2/9/2026**;
3. Plaintiff's reply shall be served upon Defendants on or before **2/23/2026**; and
4. Plaintiff shall bundle file all motion papers on ECF on or before **2/23/2026** in accordance with the Hon. Eric N. Vitaliano's rules.

       We thank the Court for its time and attention to this matter.

                                     Best,
                                     RIVKIN RADLER LLP
                                     *Harini Maragh*
                                   Harini Maragh

Cc: Melissa Mendoza, Esq., *Attorneys for Plaintiff,* via ECF

66 South Pearl Street          25 Main Street, Court Plaza North     1301 Riverplace Boulevard    477 Madison Avenue         2649 South Road, Suite 100
Albany, NY 12207-1533     Suite 501                                                Jacksonville, FL 32207-9047    New York, NY 10022-5818   Poughkeepsie, NY 12601-6843
T 518.462.3000  F 518.462.4199    Hackensack, NJ 07601-7082    T 904.792.8925  F 904.467.3461    T 212.455.9555  F 212.687.9044    T 845.473.8100  F 845.473.8777
                                                   T 201.287.2460  F 201.489.0495