

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**HARINI MARAGH**
**ASSOCIATE**
(516) 357-3205
Harini.maragh@rivkin.com

February 3, 2026

**VIA ECF**
Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re:    1:25-cv-03269-ENV-JRC, *Nelson v. Akelius Real Estate Management LLC et al*
             Request to Extend Defendants' Time to Serve Opposition for Plaintiff's Motion to Remand

Dear Judge Vitaliano:

    This Firm represents all Defendants in the above-referenced proceeding.  This letter is being filed to respectfully request a one-week extension for Defendants' time to serve their opposition to Plaintiff's motion to remand from February 9, 2026 to February 16, 2026.  The reason for the request is to account for varying scheduling conflicts during the beginning of February.  All other dates and deadlines as outlined in the Court's Order dated December 22, 2025 would remain the same.  This is Defendants' first request for an extension of this date and Plaintiff's counsel has consented to Defendants' request.  The new schedule is set forth below:

1. Plaintiff has served his motion to remand upon Defendants;
2. Defendants' opposition shall be served upon Plaintiff on or before **2/16/2026;**
3. Plaintiff's reply shall be served upon Defendants on or before **2/23/2026**; and
4. Plaintiff shall bundle file all motion papers on ECF on or before **2/23/2026** in accordance with the Hon. Eric N. Vitaliano's rules.

    We thank the Court for its time and attention to this matter.

                              Best,
                              RIVKIN RADLER LLP

                              *Harini Maragh*
                              Harini Maragh

Cc: Melissa Mendoza, Esq., *Attorneys for Plaintiff,* via ECF
4919-1970-6765, v. 1

66 South Pearl Street   25 Main Street, Court Plaza North   1301 Riverplace Boulevard   477 Madison Avenue   2649 South Road, Suite 100
Albany, NY 12207-1533   Suite 501   Jacksonville, FL 32207-9047   New York, NY 10022-5818   Poughkeepsie, NY 12601-6843
T 518.462.3000  F 518.462.4199   Hackensack, NJ 07601-7082   T 904.792.8925  F 904.467.3461   T 212.455.9555  F 212.687.9044   T 845.473.8100  F 845.473.8777
                    T 201.287.2460  F 201.489.0495