**DEREK SMITH LAW GROUP, PLLC**
Sexual Harassment and Discrimination Lawyers

New York | Los Angeles | Philadelphia | Miami | New Jersey | San Francisco | San Diego | Washington, D.C.

February 23, 2026

<u>VIA ECF</u>
Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>***DAOUD NELSON v. AKELIUS REAL ESTATE MANAGEMENT LLC, et al.***</u>
***Civil Action No. 25-cv-03269 (JRC)***

Dear Judge Vitaliano:

We represent Plaintiff, Daoud Nelson in the above referenced matter. Pursuant to Your Honor's Individual Rule III.D (the "Bundling Rule"), and the briefing schedule approved by the Court, we respectfully write to inform the Court of the documents submitted in the bundle filing for Plaintiff's Motion to Remand which are filed simultaneously on ECF:

On January 19, 2026, Plaintiff served Defendants with the following documents:

1. Cover letter
2. Notice of Motion to Remand
3. Memorandum of Law in Support of Motion to Remand
4. Affirmation of Melissa Mendoza with Exhibits A through C

On February 17, 2026, Defendants served Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Remand on Plaintiff.

On February 23, 2026, Plaintiff served Plaintiff's Reply Memorandum of Law in Further Support of Motion to Remand on Defendants.

cc: Hon. Magistrate Judge James R. Cho (via ECF)
All counsel of record (via ECF)

Respectfully submitted,

_____
Melissa Mendoza, Esq.