UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAOUD NELSON,

                                                  Case No.: 25-cv-03269

                  Plaintiff,

   -against-

AKELIUS REAL ESTATE MANAGEMENT LLC,
VIOLA HUBBARD, individually,
KIMIYA KHOSRAVANI, individually,
MARC WINN, individually, and
MARIA WERNER, individually,
                  Defendants.
-------------------------------------------------------------------X

## NOTICE OF MOTION FOR REMAND

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of Melissa Mendoza, Esq., dated January 19, 2026, and upon all prior pleadings and proceedings filed herein, Plaintiff shall move this Court before the Honorable Judge Eric N. Vitaliano, United States District Court Judge, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time to be determined by the Court for an Order:

(1) remanding this action to the Supreme Court of the State of New York, Kings County pursuant to 28 USC §1447(c);

(2) awarding Plaintiff his costs and attorney's fees incurred as a result of Defendants' removal of this action pursuant to 28 USC §1447(c); and

(3) granting such other and further relief as the Court deems just and proper.

Dated: January 19, 2026　　　　　　　　　　　Respectfully Submitted,
New York, New York　　　　　　　　　　　　　**DEREK SMITH LAW GROUP, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Melissa Mendoza, Esq.
　　　　　　　　　　　　　　　　　　　　　　　450 Seventh Avenue, 30th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10123
　　　　　　　　　　　　　　　　　　　　　　　(332) 910-5677
　　　　　　　　　　　　　　　　　　　　　　　melissa@dereksmithlaw.com

1

## CERTIFICATE OF SERVICE

I, Melissa Mendoza, hereby certify that on January 19, 2026 the foregoing document was served via electronic mail in accordance with the Court's Bundling Rule upon the following counsel of record:

**RIVKIN RADLER**
Barry Levy, Esq.
Kenneth Adam Novikoff, Esq.
926 RXR Plaza
Uniondale, NY 11556
516.357.3149
Barry.Levy@rivkin.com
ken.novikoff@rivkin.com
*Attorneys for Defendants*

_____
Melissa Mendoza, Esq.