# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------X
DAOUD NELSON,

                                    Plaintiff,

        -against-

AKELIUS REAL ESTATE MANAGEMENT LLC,
VIOLA HUBBARD, individually,
KIMIYA KHOSRAVANI, individually,
MARC WINN, individually, and
MARIA WERNER, individually,

                                    Defendants.
------------------------------------------------------------------X

Index No.

**SUMMONS WITH NOTICE**

Plaintiff Designates
KINGS COUNTY
As the Place of Trial

Plaintiff Demands A
Trial By Jury

**TO THE ABOVE-NAMED DEFENDANTS:**

       **PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to serve upon Plaintiff's attorneys, DEREK SMITH LAW GROUP, PLLC, at the address stated below, a notice of appearance or demand for a complaint within 20 days after the service of this Summons, exclusive of the day of service, or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York; and

       **YOU ARE HEREBY NOTIFIED THAT** should you fail to serve a notice of appearance or demand for a complaint, a judgment will be entered against you by default for the relief demanded herein.

**NOTICE**

       The nature of this action arises from violations of *inter alia*, **42 U.S.C. §1981, New York Executive Law § 296, et seq. ("NYHRL"), Title 8 of the Administrative Code of the City of New York ("NYCHRL"), New York Achieve Pay Equity Act ("APEA"), New York Labor Law ("NYLL") §215, Article 6, §§ 190 et seq., and Article 19, §§ 650 et seq., and the common laws of the State of New York** and any and all other causes of action to redress the injuries Plaintiff suffered and continues to suffer from race discrimination, color discrimination, sex/gender discrimination, equal pay violations on the basis of race, color, and sex/gender, failure to pay overtime, failure to pay for all wages due, along with sexual harassment, hostile work environment, aiding and abetting, retaliation, and unlawful termination.

       The relief sought is an amount to be determined at trial, and is an amount which exceeds the jurisdiction of all lower courts, and such other and further relief as this Court deems necessary and proper.

1

Should Defendants fail to appear herein or demand a complaint, judgment will be entered by default for the relief demanded above, with interest, and the costs of this action.

Plaintiff designates Kings County as the place of trial. The basis of this designation is: Plaintiff lives in Brooklyn which is in Kings County.

Dated: January 31, 2025
New York, New York

DEREK SMITH LAW GROUP, PLLC

_____
Melissa Mendoza, Esq.
*Attorneys for Plaintiff*
1 Pennsylvania Plaza, Ste 4905
New York, New York 10119
(332) 910-5677

**TO:**
AKELIUS REAL ESTATE MANAGEMENT LLC
Via Secretary of State
80 STATE ST.
ALBANY, NY 12207

KIMIYA KHOSRAVANI
*VIA PLACE OF EMPLOYMENT*
c/o Akelius Real Estate Management, LLC
30 West 22nd Street, 5th Floor
New York, New York 10010

MARC WINN
**VIA PLACE OF EMPLOYMENT**
c/o Akelius Real Estate Management, LLC
30 West 22nd Street, 5th Floor
New York, New York 10010

MARIA WERNER
**VIA PLACE OF EMPLOYMENT**
c/o Akelius Real Estate Management, LLC
30 West 22nd Street, 5th Floor
New York, New York 10010

VIOLA HUBBARD
**VIA PLACE OF EMPLOYMENT**

2

c/o Akelius Real Estate Management LLC
30 West 22nd Street, 5th Floor
New York, New York 10010