# EXHIBIT B

Kenneth A. Novikoff
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, NY 11556
(516) 357-3000
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

**DAOUD NELSON,**

                        **Plaintiff,**        Index No.: 503653/2025

-against-

**AKELIUS REAL ESTATE MANAGEMENT LLC,**   **DEFENDANTS' NOTICE OF**
**VIOLA HUBBARD, individually,**                     **REMOVAL TO THE UNITED**
**KIMIYA KHOSRAVANI, individually,**             **STATES DISTRICT COURT FOR**
**MARC WINN, individually, and**                      **THE EASTERN DISTRICT OF**
**MARIA WERNER, individually,**                      **NEW YORK**

                        **Defendants.**
-------------------------------------------------------X

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446(a), Defendants AKELIUS REAL ESTATE MANAGEMENT LLC, VIOLA HUBBARD, KIMIYA KHOSRAVANI, MARC WINN, and MARIA WERNER, (hereinafter "Removing Defendants"), by and through their undersigned counsel, Rivkin Radler LLP, hereby give notice of the removal of the above-captioned matter from the Supreme Court of the State of New York, County of Kings, where the action is now pending, to the United States District Court for the Eastern District of New York, based on federal question jurisdiction pursuant to 28 U.S.C. § 1331, and respectfully state as follows:

1. This action, (the "Action"), was filed on or about January 31, 2025, by Plaintiff Daoud Nelson ("Plaintiff"), in the Supreme Court of the State of New York, County of Kings, under Index No. 503653/2025 with the filing of a Summons with Notice.

2. Removing Defendants AKELIUS REAL ESTATE MANAGEMENT LLC, VIOLA HUBBARD, KIMIYA KHOSRAVANI, MARC WINN, and MARIA WERNER, were purportedly served with the Summons with Notice on May 16, 2025.

3. This Notice of Removal is being filed within thirty (30) days of the purported service upon Removing Defendants AKELIUS REAL ESTATE MANAGEMENT LLC, VIOLA HUBBARD, KIMIYA KHOSRAVANI, MARC WINN, and MARIA WERNER, of the Summons with Notice and therefore is timely filed pursuant to 28 U.S.C. §§ 1441, 1446(b).

4. Removal of this Action is proper because this is a civil action in which this Court has jurisdiction pursuant to 42 U.S.C. § 1981.

5. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in the United States District Court pursuant to 28 U.S.C. § 1441(a) because the Action is pending in Kings County, which is within the Eastern District of New York.

## I. Nature of The Case

7. The Action is of a civil nature in which Plaintiff seeks, *inter alia,* relief against the Removing Defendants AKELIUS REAL ESTATE MANAGEMENT LLC, VIOLA HUBBARD, KIMIYA KHOSRAVANI, MARC WINN, and MARIA WERNER, based upon allegations that each Defendant discriminated against Plaintiff in a multitude of ways, including race discrimination, color discrimination, sex/gender discrimination, equal pay violations on the basis of race, color, and sex/gender, failure to pay overtime, failure to pay for all wages due, along with

sexual harassment, hostile work environment, aiding and abetting, retaliation, and unlawful termination.

8. Plaintiff specifically alleges several claims for relief against Removing Defendants AKELIUS REAL ESTATE MANAGEMENT LLC, VIOLA HUBBARD, KIMIYA KHOSRAVANI, MARC WINN, and MARIA WERNER pursuant to, *inter alia* and of relevance here, **42 U.S.C. § 1981**. *See* Summons at Exhibit "A." Plaintiff seeks damages in an amount to be determined at trial. *See id.*

## II. The Requirements for Removal Are Satisfied

9. The requirements for subject matter jurisdiction and supplemental jurisdiction under 28 U.S.C. § 1331 and § 1367 are satisfied based upon the Court's jurisdiction over claims made pursuant to 42 U.S.C. § 1981.

## III. The Other Procedural Requisites for Removal Are Satisfied

10. Removal is timely under 28 U.S.C. § 1446(b) because the Summons with Notice was served upon the Defendants on May 16, 2025.

11. Plaintiff has purportedly served the Summons with Notice upon the Removing Defendants AKELIUS REAL ESTATE MANAGEMENT LLC, VIOLA HUBBARD, KIMIYA KHOSRAVANI, MARC WINN, and MARIA WERNER. *See* Affidavits of Service at Exhibit "B."

12. Removing Defendants AKELIUS REAL ESTATE MANAGEMENT LLC, VIOLA HUBBARD, KIMIYA KHOSRAVANI, MARC WINN, and MARIA WERNER will give written notice to Plaintiff, through their counsel, of the filing of this Notice of Removal, as required by 28 U.S.C. § 1446(d).

13. A copy of this Notice of Removal and a Notice of Filing of the Notice of Removal

will be filed by Removing Defendants AKELIUS REAL ESTATE MANAGEMENT LLC, VIOLA HUBBARD, KIMIYA KHOSRAVANI, MARC WINN, and MARIA WERNER with the Clerk of the Supreme Court of the State of New York, County of Kings, as required by 28 U.S.C. § 1446(d). Thus, Removing Defendants AKELIUS REAL ESTATE MANAGEMENT LLC, VIOLA HUBBARD, KIMIYA KHOSRAVANI, MARC WINN, and MARIA WERNER have satisfied the requirements for removal under 28 U.S.C. § 1446 and all applicable rules. *See* Exhibit "C."

### IV. Conclusion

14. For all of the foregoing reasons, Removing Defendants AKELIUS REAL ESTATE MANAGEMENT LLC, VIOLA HUBBARD, KIMIYA KHOSRAVANI, MARC WINN, and MARIA WERNER respectfully request that this Court assume full jurisdiction over the Action herein as provided by law and issue such further Orders and processes as may be necessary to bring before it all parties necessary for the trial of this action. Removing Defendants AKELIUS REAL ESTATE MANAGEMENT LLC, VIOLA HUBBARD, KIMIYA KHOSRAVANI, MARC WINN, and MARIA WERNER intend no admission of liability by this Notice and expressly reserves all defenses, motions and pleas, including without limitation, objections to the sufficiency of the Plaintiff's pleadings.

Dated: Uniondale, NY
June 11, 2025

                                       Respectfully submitted,
                                       **RIVKIN RADLER LLP**
             By:     /s/ *Kenneth A. Novikoff*
                                       Kenneth A. Novikoff
                                       926 RXR Plaza
                                       Uniondale, New York 11556
                                       (516) 357-3000
                                       Ken.novikoff@rivkin.com
                                       *Attorneys for Removing Defendants*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Daoud Nelson

### DEFENDANTS
Akelius Real Estate Management LLC; Kimiya Khosravani; Marc Winn; Maria Werner; Viola Hubbard

**(b)** County of Residence of First Listed Plaintiff: **Brooklyn, NY**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Albany, NY**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Melissa Mendoza, Derek Smith Law Group, PLLC
1 Penn Plaza, New York, NY 10119, (332) 910-56771

Attorneys *(If Known)*
Kenneth A. Novikoff, Rivkin Radler LLP
926 RXR Plaza, Uniondale, NY 11556, (516) 357-0350

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1981

Brief description of cause:
Plaintiff alleges that Defendant discriminated against him based upon his race.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: 
DOCKET NUMBER:

DATE: 06/11/2025
SIGNATURE OF ATTORNEY OF RECORD: *Kenneth A. Novikoff*

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

## CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration ☐

I, _____, counsel for_____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☐ monetary damages sought are in excess of $150,000.00 exclusive of interest and costs,

☐ the complaint seeks injunctive relief, or

☐ the matter is otherwise ineligible for the following reason:

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks. Add an additional page if needed.

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 3 in Section VIII on the front of this form. Rule 3(a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 3(a) provides that "A civil case shall not be deemed "related" to another civil case merely because the civil case involves identical legal issues, or the same parties." Rule 3 further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (b), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

N/A

## NEW YORK EASTERN DISTRICT DIVISION OF BUSINESS RULE 1(d)(3)

*If you answer "Yes" to any of the questions below, this case will be designated as a Central Islip case and you must select Office Code 2.*

1. Is the action being removed from a state court that is located in Nassau or Suffolk County? ☐ Yes ☑ No
2. Is the action—not involving real property—being brought against United States, its officers or its employees AND the majority of the plaintiffs reside in Nassau or Suffolk County? ☐ Yes ☑ No
3. If you answered "No" to all parts of Questions 1 and 2:
    a. Did a substantial part of the events or omissions giving rise to claim or claims occur in Nassau or Suffolk County? ☐ Yes ☑ No
    b. Do the majority of defendants reside in Nassau or Suffolk County? ☐ Yes ☑ No
    c. Is a substantial amount of any property at issue located in Nassau or Suffolk County? ☐ Yes ☑ No
4. If this is a Fair Debt Collection Practice Act case, was the offending communication received in either Nassau or Suffolk County? ☐ Yes ☑ No

(*Note, a natural person is considered to reside in the county in which that person is domiciled; an entity is considered a resident of the county that is either its principal place of business or headquarters, of if there is no such county in the Eastern District, the county within the District with which it has the most significant contacts*).

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.
☑ Yes ☐ No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?
☐ Yes (If yes, please explain) ☑ No

I certify the accuracy of all information provided above.

**Signature**: _Kenneth A. Novikoff_____

Revised 02.13.2025; Effective 02.17.2025

# EXHIBIT A

Case 1:25-cv-03256-NRB Document 16 Filed 06/11/25 Page 8 of 20 PageID #: 64

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------X
DAOUD NELSON,

                                Plaintiff,

      -against-

AKELIUS REAL ESTATE MANAGEMENT LLC,
VIOLA HUBBARD, individually,
KIMIYA KHOSRAVANI, individually,
MARC WINN, individually, and
MARIA WERNER, individually,

                               Defendants.
-----------------------------------------------------------------------X

Index No.

**SUMMONS WITH NOTICE**

Plaintiff Designates
KINGS COUNTY
As the Place of Trial

Plaintiff Demands A
Trial By Jury

**TO THE ABOVE-NAMED DEFENDANTS:**

      **PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to serve upon Plaintiff's attorneys, DEREK SMITH LAW GROUP, PLLC, at the address stated below, a notice of appearance or demand for a complaint within 20 days after the service of this Summons, exclusive of the day of service, or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York; and

      **YOU ARE HEREBY NOTIFIED THAT** should you fail to serve a notice of appearance or demand for a complaint, a judgment will be entered against you by default for the relief demanded herein.

**NOTICE**

      The nature of this action arises from violations of *inter alia*, **42 U.S.C. §1981, New York Executive Law § 296, et seq. ("NYHRL"), Title 8 of the Administrative Code of the City of New York ("NYCHRL"), New York Achieve Pay Equity Act ("APEA"), New York Labor Law ("NYLL") §215, Article 6, §§ 190 et seq., and Article 19, §§ 650 et seq., and the common laws of the State of New York** and any and all other causes of action to redress the injuries Plaintiff suffered and continues to suffer from race discrimination, color discrimination, sex/gender discrimination, equal pay violations on the basis of race, color, and sex/gender, failure to pay overtime, failure to pay for all wages due, along with sexual harassment, hostile work environment, aiding and abetting, retaliation, and unlawful termination.

      The relief sought is an amount to be determined at trial, and is an amount which exceeds the jurisdiction of all lower courts, and such other and further relief as this Court deems necessary and proper.

1

Should Defendants fail to appear herein or demand a complaint, judgment will be entered by default for the relief demanded above, with interest, and the costs of this action.

Plaintiff designates Kings County as the place of trial. The basis of this designation is: Plaintiff lives in Brooklyn which is in Kings County.

Dated: January 31, 2025
New York, New York

DEREK SMITH LAW GROUP, PLLC

_____
Melissa Mendoza, Esq.
*Attorneys for Plaintiff*
1 Pennsylvania Plaza, Ste 4905
New York, New York 10119
(332) 910-5677

**TO:**
AKELIUS REAL ESTATE MANAGEMENT LLC
Via Secretary of State
80 STATE ST.
ALBANY, NY 12207

KIMIYA KHOSRAVANI
*VIA PLACE OF EMPLOYMENT*
c/o Akelius Real Estate Management, LLC
30 West 22nd Street, 5th Floor
New York, New York 10010

MARC WINN
**VIA PLACE OF EMPLOYMENT**
c/o Akelius Real Estate Management, LLC
30 West 22nd Street, 5th Floor
New York, New York 10010

MARIA WERNER
**VIA PLACE OF EMPLOYMENT**
c/o Akelius Real Estate Management, LLC
30 West 22nd Street, 5th Floor
New York, New York 10010

VIOLA HUBBARD
**VIA PLACE OF EMPLOYMENT**

c/o Akelius Real Estate Management LLC
30 West 22nd Street, 5th Floor
New York, New York 10010

# EXHIBIT B



ATTORNEY(S) : Derek Smith Law Group, PLLC
INDEX # : 503653/2025
PURCHASED/FILED :
STATE OF : NEW YORK
COURT : Supreme
COUNTY/DISTRICT : Kings

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Daoud Nelson

Plaintiff(s)

against

Akelius Real Estate Management LLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 30 Yrs
Weight: 140 Lbs   Height: 5'4   Gender: Female   Race: Brown
Hair color: Blonde   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **May 14, 2025**, at **2:24 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**SUMMONS WITH NOTICE NOTICE OF ELECTRONIC FILING**

on

**Akelius Real Estate Management LLC**,

the Defendant in this action, by delivering to and leaving with **Kayla Moore** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm on **MAY 14, 2025**, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an action or proceeding in a court of law.

X _____
ROBERT GUYETTE

Invoice·Work Order # 2520214
Attorney File # **24204501**



Form 2 - AFFIDAVIT OF SERVICE

**DEREK SMITH LAW GROUP, PLLC**    Josh Sattem
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

DAOUD NELSON

PLAINTIFF

- vs -

AKELIUS REAL ESTATE MANAGEMENT LLC, ETAL

DEFENDANT

Index No. **503653/2025**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**RONALD KRAMER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **16TH** day of **MAY 2025**, **12:11PM** at
**C/O AKELIUS REAL ESTATE MANAGEMENT LLC
30 WEST 22ND ST
5TH FL
NEW YORK NY 10010**
I served the **NOTICE OF ELECTRONIC FILING, SUMMONS WITH NOTICE** upon **VIOLA HUBBARD, the DEFENDANT,** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **Kerry Mitchell, OFFICE MANAGER,** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

GENDER: **FEMALE** PERCEIVED RACE: **BLACK OR AFRICAN AMERICAN** HAIR: **BLACK**
APP.AGE: **35**    APP. HT: **5ft6in**            APP. WT: **140**
OTHER IDENTIFYING FEATURES

On **05/19/2025** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**
Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS:**

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
19TH day of MAY, 2025

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

RONALD KRAMER DCA LIC#1335711
Lexitas - DCWP #2098109 #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-DSG-24204683



Form 2 - AFFIDAVIT OF SERVICE

**DEREK SMITH LAW GROUP, PLLC**   Josh Sattem
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

DAOUD NELSON
                                                      PLAINTIFF
                     - vs -
AKELIUS REAL ESTATE MANAGEMENT LLC, ETAL
                                                     DEFENDANT

Index No. **503653/2025**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**     :SS:

**RONALD KRAMER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **16TH** day of **MAY 2025**, **12:11PM** at
C/O AKELIUS REAL ESTATE MANAGEMENT LLC
30 WEST 22ND ST
5TH FL
NEW YORK NY 10010
I served the **NOTICE OF ELECTRONIC FILING, SUMMONS WITH NOTICE** upon **KIMIYA KHOSRAVANI, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **Kerry Mitchell, OFFICE MANAGER**, a person of suitable age and discretion.
Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

GENDER: **FEMALE** PERCEIVED RACE: **BLACK OR AFRICAN AMERICAN** HAIR: **BLACK**
APP.AGE: **35**    APP. HT: **5ft6in**                          APP. WT: **140**
OTHER IDENTIFYING FEATURES

On **05/19/2025** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS:**

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
19TH day of MAY, 2025

SELENA INES ADAMS
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

RONALD KRAMER DCA LIC#1335711
Lexitas - DCWP #2098109 #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-DSG-24204550

Form 2 - AFFIDAVIT OF SERVICE



P24204584

**DEREK SMITH LAW GROUP, PLLC**    Josh Sattem
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

DAOUD NELSON

                 PLAINTIFF

- vs -

AKELIUS REAL ESTATE MANAGEMENT LLC, ETAL

                 DEFENDANT

Index No. **503653/2025**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**RONALD KRAMER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **16TH** day of **MAY 2025, 12:11PM** at
**C/O AKELIUS REAL ESTATE MANAGEMENT LLC**
**30 WEST 22ND ST**
**5TH FL**
**NEW YORK NY 10010**
I served the **NOTICE OF ELECTRONIC FILING, SUMMONS WITH NOTICE** upon **MARC WINN, the DEFENDANT,** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **Kerry Mitchell, OFFICE MANAGER**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

GENDER: **FEMALE** PERCEIVED RACE: **BLACK OR AFRICAN AMERICAN** HAIR: **BLACK**
APP.AGE: **35**    APP. HT: **5ft6in**                 APP. WT: **140**
OTHER IDENTIFYING FEATURES

On **05/19/2025** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT**.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS:**

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
19TH day of MAY, 2025

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

RONALD KRAMER DCA LIC#1335711
Lexitas - DCWP #2098109 #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-DSG-24204584

1 of 1

Form 2 - AFFIDAVIT OF SERVICE


P24204659

**DEREK SMITH LAW GROUP, PLLC**    Josh Sattem
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

DAOUD NELSON
                                           PLAINTIFF
                  - vs -
AKELIUS REAL ESTATE MANAGEMENT LLC, ETAL
                                       DEFENDANT

Index No. **503653/2025**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**RONALD KRAMER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **16TH** day of **MAY 2025, 12:11PM** at
C/O AKELIUS REAL ESTATE MANAGEMENT LLC
30 WEST 22ND ST
5TH FL
NEW YORK NY 10010
I served the **NOTICE OF ELECTRONIC FILING, SUMMONS WITH NOTICE** upon **MARIA WERNER, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **Kerry Mitchell, OFFICE MANAGER**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

GENDER: **FEMALE** PERCEIVED RACE: **BLACK OR AFRICAN AMERICAN** HAIR: **BLACK**
APP.AGE: **35**     APP. HT: **5ft6in**                     APP. WT: **140**
OTHER IDENTIFYING FEATURES

On **05/19/2025** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS:**

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
19TH day of MAY, 2025

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

RONALD KRAMER DCA LIC#1335711
Lexitas - DCWP #2098109 #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-DSG-24204659

# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
**DAOUD NELSON,**

                            **Plaintiff,**              Index No. 503653/2025

-against-                                       NOTICE TO PLAINTIFF OF
                                                            REMOVAL PURSUANT TO 28
**AKELIUS REAL ESTATE MANAGEMENT LLC,**    U.S.C. § 1446(d)
**VIOLA HUBBARD, individually,**
**KIMIYA KHOSRAVANI, individually,**
**MARC WINN, individually, and**
**MARIA WERNER, individually,**

                            **Defendants.**
-------------------------------------------------------------------X

TO:  Clerk, Supreme Court of the State of New York
      County of Kings
      360 Adams Street
      Brooklyn, NY 11201

      DEREK SMITH LAW GROUP, PLLC
      Melissa Mendoza
      *Attorneys for Plaintiff*
      1 Pennsylvania Plaza, Suite 4905
      New York, NY 10119
      (332) 910-5677

## NOTICE OF FILING NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on June 11, 2025, Defendants AKELIUS REAL ESTATE MANAGEMENT LLC, VIOLA HUBBARD, KIMIYA KHOSRAVANI, MARC WINN, and MARIA WERNER (hereinafter "Removing Defendants"), by and through their counsel, Rivkin Radler LLP, filed a Notice of Removal in the United States District Court for the Eastern District of New York to remove the above-captioned action from the Supreme Court of the State of New York, County of Kings, under Index No. 503653/2025, to the United States District Court for the Eastern District of New York.

**PLEASE TAKE FURTHER NOTICE** that this notice of filing is given pursuant to the provisions of 28 U.S.C. § 1446(d), as amended. Accompanying this notice, marked as Exhibit "1," is a copy of the Notice of Removal so filed.

Dated: Uniondale, New York
       June 11, 2025

Respectfully submitted,

**RIVKIN RADLER LLP**

By:   /s/ *Kenneth A. Novikoff*
      Kenneth A. Novikoff
      926 RXR Plaza
      Uniondale, New York 11556
      (516) 357-3000
      Ken.novikoff@rivkin.com
      *Attorneys for Removing Defendants*