# EXHIBIT C

 Outlook

Re: Daoud Nelson v. Akelius et al (EDNY)

**From** Melissa Mendoza <melissa@dereksmithlaw.com>
**Date** Thu 6/26/2025 5:24 PM
**To** Barry Levy <Barry.Levy@rivkin.com>
**Cc** Harini Maragh <Harini.Maragh@rivkin.com>; Ken Novikoff <Ken.Novikoff@rivkin.com>; Barry Levy <Barry.Levy@rivkin.com>

Hi Barry,

I'm out of the office and won't be available this evening. I'm available tomorrow from 9am to 4pm to discuss your email below.

The case was Ubakanma v. Midwood Chayin Aruchim Dialysis Assocs., No. 09-CV-2647 (DLI) (RLM), 2010 U.S. Dist. LEXIS 30095, at *1 (E.D.N.Y. Mar. 29, 2010).

Thanks.


Kind regards,
Melissa Mendoza, Esq.

*Admitted NY, NJ

DEREK SMITH LAW GROUP, PLLC



**Sexual Harassment and Discrimination**
Toll Free: (800) 807-2209 | Direct Dial: (332) 910-5677
Email: Melissa@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco | San Diego | Washington D.C.**


*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

**From:** Barry Levy <Barry.Levy@rivkin.com>
**Sent:** Thursday, June 26, 2025 4:00:27 PM
**To:** Melissa Mendoza <melissa@dereksmithlaw.com>
**Cc:** Harini Maragh <Harini.Maragh@rivkin.com>; Ken Novikoff <Ken.Novikoff@rivkin.com>; Barry Levy <Barry.Levy@rivkin.com>
**Subject:** RE: Daoud Nelson v. Akelius et al (EDNY)

Melissa:

I will try and call you around 6 p.m. this evening to discuss.

I've been tied up since Wednesday. I have however, done some research on this issue and it is pretty clear that a post removal amendment that deletes all federal claims does not divest the district court of subject matter jurisdiction that was properly triggered at the time of removal, and that the primary factor in determining whether to retain or not retain jurisdiction is whether there is forum shopping involved, which is something that appears evident here based on your offer to dismiss the 1981 claim against our clients with prejudice.

That being said, I will call you on your cellphone in a couple of hours to further discuss. You mentioned that you had a decision on which you were relying – if you want to forward that along, I am more than happy to review in advance.

Thanks.



**Barry Levy**
Partner
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3149 T 516.357.3000 F 516.357.3333 Mobile 347.583.7982
Barry.Levy@rivkin.com
www.rivkinradler.com



**From:** Melissa Mendoza <melissa@dereksmithlaw.com>
**Sent:** Wednesday, June 25, 2025 3:59 PM
**To:** Barry Levy <Barry.Levy@rivkin.com>
**Cc:** Harini Maragh <Harini.Maragh@rivkin.com>; Ken Novikoff <Ken.Novikoff@rivkin.com>
**Subject:** [EXTERNAL] Re: Daoud Nelson v. Akelius et al (EDNY)

Hi Barry,

I just left you a voice message. Please give me a call on my cell 321-370-7611. Thanks.
**Kind regards,**
Melissa Mendoza, Esq.

*Admitted NY, NJ

DEREK SMITH LAW GROUP, PLLC

*Sexual Harassment and Discrimination Lawyers*



Toll Free: (800) 807-2209 | Direct Dial: (332) 910-5677
Email: Melissa@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco | San Diego | Washington D.C.

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

**From:** Barry Levy <Barry.Levy@rivkin.com>
**Sent:** Tuesday, June 24, 2025 10:01 PM
**To:** Melissa Mendoza <melissa@dereksmithlaw.com>
**Cc:** Harini Maragh <Harini.Maragh@rivkin.com>; Ken Novikoff <Ken.Novikoff@rivkin.com>
**Subject:** RE: Daoud Nelson v. Akelius et al (EDNY)

Will reach out to you tomorrow mid-day to discuss.

Thanks.



**Barry Levy**
Partner
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3149 T 516.357.3000 F 516.357.3333 Mobile 347.583.7982
Barry.Levy@rivkin.com
www.rivkinradler.com



**From:** Melissa Mendoza <melissa@dereksmithlaw.com>
**Sent:** Tuesday, June 24, 2025 9:39 PM
**To:** Barry Levy <Barry.Levy@rivkin.com>
**Subject:** [EXTERNAL] Re: Daoud Nelson v. Akelius et al (EDNY)

Hi Barry,

I am following up on our last conversation. Please advise if your clients will stipulate to dismissing the 1981 claim and remanding the case to Kings County. Thanks.

**Kind regards,**

Melissa Mendoza, Esq.

*Admitted NY, NJ

D<small>EREK</small> S<small>MITH</small> L<small>AW</small> G<small>ROUP</small>, PLLC



*Sexual Harassment and Discrimination*

Toll Free: (800) 807-2209 | Direct Dial: (332) 910-5677

Email: Melissa@dereksmithlaw.com

www.discriminationandsexualharassmentlawyers.com

**New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco | San Diego | Washington D.C.**

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

**From:** Barry Levy <Barry.Levy@rivkin.com>
**Sent:** Friday, June 20, 2025 10:59:00 AM
**To:** Melissa Mendoza <melissa@dereksmithlaw.com>
**Subject:** RE: Daoud Nelson v. Akelius et al (EDNY)

Give me about 20 minutes



**Barry Levy**
Partner
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3149 T 516.357.3000 F 516.357.3333 Mobile 347.583.7982
Barry.Levy@rivkin.com
www.rivkinradler.com



**From:** Melissa Mendoza <melissa@dereksmithlaw.com>
**Sent:** Friday, June 20, 2025 10:47 AM
**To:** Barry Levy <Barry.Levy@rivkin.com>
**Subject:** [EXTERNAL] Re: Daoud Nelson v. Akelius et al (EDNY)

Hi Barry,

I just left you a voicemail. Please give me a call back to discuss the matter below when you are able. Thank you.

**Kind regards,**
Melissa Mendoza, Esq.

*Admitted NY, NJ

DEREK SMITH LAW GROUP, PLLC
*Sexual Harassment and Discrimination Lawyers*



Toll Free: (800) 807-2209 | Direct Dial: (332) 910-5677
Email: Melissa@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco | San Diego | Washington D.C.**

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement

Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

---

**From:** Melissa Mendoza <melissa@dereksmithlaw.com>
**Sent:** Thursday, June 19, 2025 12:57 PM
**To:** Barry Levy <Barry.Levy@rivkin.com>; Harini Maragh <Harini.Maragh@rivkin.com>
**Cc:** Ken Novikoff <Ken.Novikoff@rivkin.com>
**Subject:** Re: Daoud Nelson v. Akelius et al (EDNY)

Hi Barry,

10 am tomorrow works for me. Thanks.

Kind regards,
Melissa Mendoza, Esq.

*Admitted NY, NJ

DEREK SMITH LAW GROUP, PLLC
**Sexual Harassment and Discrimination Lawyers**



Toll Free: (800) 807-2209 | Direct Dial: (332) 910-5677
Email: Melissa@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco | San Diego | Washington D.C.**

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

---

**From:** Barry Levy <Barry.Levy@rivkin.com>
**Sent:** Thursday, June 19, 2025 11:34 AM
**To:** Melissa Mendoza <melissa@dereksmithlaw.com>; Harini Maragh <Harini.Maragh@rivkin.com>
**Cc:** Ken Novikoff <Ken.Novikoff@rivkin.com>; Barry Levy <Barry.Levy@rivkin.com>
**Subject:** RE: Daoud Nelson v. Akelius et al (EDNY)

Melissa:

I am available tomorrow morning to discuss with you – I am free between 9:30 and 12 noon so let me know what time works and I'll set up a call.

Thanks.



**Barry Levy**
Partner
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3149 T 516.357.3000 F 516.357.3333 Mobile 347.583.7982
Barry.Levy@rivkin.com
www.rivkinradler.com



---

**From:** Melissa Mendoza <melissa@dereksmithlaw.com>
**Sent:** Thursday, June 19, 2025 11:01 AM
**To:** Harini Maragh <Harini.Maragh@rivkin.com>
**Cc:** Ken Novikoff <Ken.Novikoff@rivkin.com>; Barry Levy <Barry.Levy@rivkin.com>
**Subject:** [EXTERNAL] Re: Daoud Nelson v. Akelius et al (EDNY)

Good Morning All,

I'm following up on my call yesterday, pursuant to Local Rule 37.3(a) and the Magistrate Judge's Individual Rules, to confer in good faith before filing a motion to remand.

Please let me know if you would like to discuss or are willing stipulate to remand. Thank you.


Kind regards,

Melissa Mendoza, Esq.



*Admitted NY, NJ

DEREK SMITH LAW GROUP, PLLC

*Sexual Harassment and Discrimination Lawyers*



Toll Free: (800) 807-2209 | Direct Dial: (332) 910-5677

Email: Melissa@dereksmithlaw.com

www.discriminationandsexualharassmentlawyers.com

New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco | San Diego | Washington D.C.

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

---

**From:** Barry Levy <Barry.Levy@rivkin.com>
**Sent:** Tuesday, June 17, 2025 9:43 PM
**To:** Melissa Mendoza <melissa@dereksmithlaw.com>
**Cc:** Harini Maragh <Harini.Maragh@rivkin.com>; Ken Novikoff <Ken.Novikoff@rivkin.com>; Barry Levy <Barry.Levy@rivkin.com>
**Subject:** Daoud Nelson v. Akelius et al (EDNY)

Melissa:

Please see the attached letter that we plan to file tomorrow. Can you please review and advise whether you consent to the timetables set forth in the letter. We wish to file the letter by noon so please try and get back to us by then.

If we do not hear back from you, we will modify the letter to note that we reached out to you but did not hear back.

Thank you and have a good evening.



**Barry Levy**
Partner
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3149 T 516.357.3000 F 516.357.3333 Mobile 347.583.7982
Barry.Levy@rivkin.com





NOTICE: This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message. See http://www.rivkinradler.com/disclaimer-electronic-communications/ for further information on confidentiality.